TOWN OF EAST HAVEN ET AL. *v.* CITY OF NEW HAVEN

The plaintiffs' motion to dismiss the appeal from the Court of Common Pleas in New Haven County is granted.

*Charles G. Albom,* for the appellees (plaintiffs).

*Dennis L. Pieragostini,* for the appellant (defendant).

Argued November 3—decided November 3, 1976

MGIC FINANCIAL CORPORATION *v.* INTRA-STATE DEVELOPMENT CORPORATION ET AL.

The plaintiff's motion to dismiss the appeal by the named defendant et al. from the Superior Court in New Haven County is granted.

*David J. Skolnick,* for the appellee (plaintiff).

*Charles .W. Page,* for the appellants (named defendant et al.).

Argued November 3—decided November 3, 1976

PEOPLE'S SAVINGS BANK–BRIDGEPORT *v.* STANLEY V. TUCKER ET AL.

The plaintiff's motion to dismiss the appeal from the Superior Court in Hartford County is granted.

*Neil E. Atlas,* for the appellee (plaintiff).

*Stanley V. Tucker,* pro se, the appellant (defendant).

Argued November 3—decided November 3, 1976